JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| H. MARK CALDWELL, Jr., <br><br> Plaintiff, <br><br> v. <br><br> THE WALT DISNEY CORPORATION, et al., <br><br> Defendants. | Case No. CV 13-7005 FMO (CWx) <br><br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 9th day of June, 2014.

/s/
Fernando M. Olguin
United States District Judge